IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21-cr-000006-KS-MTP

ROGELIO VELASCO-GONZALEZ, (OLD)
JABARIS JORDAN,
ALFREDRIC JAMES,
MAKETIA DOZIER,
ANDRES IVAN ANDRADES-HERNANDEZ,
JESUS HUMBERTO-FERDIN,
ROGELIO VELASCO-GONZALEZ, (NEW)
RAQUEL HERRERA,
LUIS CARLOS MUNOZ-OCHOA,
MELISSA MUNIZ-GARCIA and
MARK ANTHONY ARELLANO

## ORDER AMENDING SUPERSEDING CRIMINAL INDICTMENT

THIS CAUSE having come on before the Court on the United States' Motion to Amend the Superseding Criminal Indictment, filed on September 8, 2021, to correct a scrivener's error in the style of the case, listing ROGELIO VELASCO-GONZALEZ as defendant 1. Having considered the Motion and reasons stated therein, the Court finds that said Motion is well-taken and should be and is hereby granted.

IT IS THEREFORE ORDERED that the United States' Motion to Amend the Superseding Criminal Indictment is GRANTED, and the Superseding Criminal Indictment in this cause is hereby amended to reflect ROGELIO VELASCO-GONZALEZ as defendant number 6.

SO ORDERED AND ADJUDGED this the __11th___ day of May 2022.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE